Case 1:14-cv-02699-KLM   Document 6   Filed 10/09/14   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02699-BNB

MARIA RENTERIA,

    Plaintiff,

v.

EL TACO DE MEXICO, INC.,
MARIA LUISA E. ZANABRIA, and
SASHA ZANABRIA,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED October 9, 2014, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge